# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

BERNARD NELSON,          )
)               NO. 3:10-0215
      Plaintiff,      )           JUDGE HAYNES
)
v.                 )
)
MONTGOMERY COUNTY JAIL, *et al*,  )
)
      Defendants.   )

## O R D E R

Upon review of the file, Plaintiff's motion for leave to proceed *in forma pauperis* (Docket

Entry No. 2) was **DENIED**, but Plaintiff was given 30 days from the date of entry of the Order to

submit the filing fee in full. To date, Plaintiff has failed to do so.

Accordingly, this action is **DISMISSED** without prejudice under Rule 41(b) of the

Federal Rules of Civil Procedure for Petitioner's failure to prosecute.

It is so **ORDERED**.

**ENTERED** this the _10_ day of May, 2010

WILLIAM J. HAYNES, JR.
United States District Judge